UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2026

TRADEWINNER LIMITED,

               Plaintiff,

    -v-

PAN-OCEANIC EYEWEAR, LTD.,

               Defendant.

**ORDER**

25-CV-10149 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's January 29, 2026 order, ECF No. 11, defendant was directed to respond to the complaint by February 27, 2026. So far as the docket reflects, defendant has not filed a response to the complaint as of the date of this order. The undersigned *sua sponte* extends the deadline for defendant to respond to the complaint to **March 6, 2026**. If no response is filed, plaintiff is directed to file a letter on the docket by **March 13, 2026** stating whether it intends to seek entry of a default judgment.

**SO ORDERED.**

Dated: March 4, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1