UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/16/2026__

TRADEWINNER LIMITED,

               Plaintiff,

     -v-

PAN-OCEANIC EYEWEAR, LTD.,

               Defendant.

**ORDER**

25-CV-10149 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's March 13, 2026 letter stating that Plaintiff will not seek entry of a default judgment before March 18, 2026. ECF No. 13. Plaintiff is directed to file a letter by **March 20, 2026** stating how it intends to proceed with this case.

**SO ORDERED.**

Dated: March 16, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge